AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

18 U.S.C § 922(g)(1) - felon in possession of a firearm and ammunition
18 U.S.C § 922(q)(2)(A) - possessing a firearm in a School Zone

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
• Imprisonment: 15 years (18 U.S.C. § 924(a)(8))
• Fine: $250,000 (18 U.S.C. § 3571)
• Supervised Release: 3 years (18 U.S.C. § 3583(b)(2))
• Special Assessment: $100 (18 U.S.C. § 3013)
• Forfeiture of the firearm and ammunition

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

### DEFENDANT - U.S

▶ JAMONN BLINCOE

DISTRICT COURT NUMBER

4:26-mj-70304 MAG

**FILED**
Mar 24 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form    CRAIG H. MISSAKIAN

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Ivana Djak

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Santa Rita Jail

Has detainer been filed? ☐ Yes ☐ No
} If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year 02/04/2026

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT     ☐ INFORMATION     ☐ INDICTMENT
                                        ☐ SUPERSEDING

#### OFFENSE CHARGED

18 U.S.C § 922(g)(1) - felon in possession of a firearm and ammunition
18 U.S.C § 922(q)(2)(A) - possessing a firearm in a School Zone

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
• Imprisonment: 15 years (18 U.S.C. § 924(a)(8))
• Fine: $250,000 (18 U.S.C. § 3571)
• Supervised Release: 3 years (18 U.S.C. § 3583(b)(2))
• Special Assessment: $100 (18 U.S.C. § 3013)
• Forfeiture of the firearm and ammunition

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

DEFENDANT - U.S
▶ KAWAN HARDY

DISTRICT COURT NUMBER
4:26-mj-70304 MAG

FILED
Mar 24 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

#### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form     CRAIG H. MISSAKIAN

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     Ivana Djak

#### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction          ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
   _____

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶     Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶     Month/Day/Year _____

☐ This report amends AO 257 previously submitted

#### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT

Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____     Before Judge: _____

Comments:

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

<table>
<tr><td>FILED</td></tr>
<tr><td>Mar 24 2026</td></tr>
<tr><td>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND</td></tr>
</table>

United States of America

v.

JAMONN BLINCOE and
KAWAN HARDY

_____
                    *Defendant(s)*

)
)
)
)
)
)
)

Case No.   4:26-mj-70304 MAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 23, 2026_____ in the county of _____Alameda_____ in the
_____Northern_____ District of _____California_____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C § 922(g)(1) | felon in possession of a firearm and ammunition |
| 18 U.S.C § 922(q)(2)(A) | possessing a firearm in a School Zone |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Christopher Smith, FBI

☑ Continued on the attached sheet.

_____/s/_____
Complainant's signature

Approved as to form /s/ Ivana Djak_____
                    AUSA IVANA DJAK

Christopher Smith, Special Agent FBI
Printed name and title

Sworn to before me by telephone.

Date:    _____03/24/2026_____

_____
Judge's signature

City and state:    _____McKinleyville, CA_____

Hon. Robert M. Illman, U.S. Magistrate Judge
Printed name and title

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT</u>

I, Christopher Smith, a Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, hereby declare as follows:

### <u>INTRODUCTION</u>

1. I make this affidavit in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant authorizing the arrest of **JAMONN BLINCOE** for being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1), and possessing a firearm in a School Zone in violation of 18 United States Code, Section 922(q)(2)(A), on or about January 23, 2026, in the Northern District of California.

2. I also make this affidavit in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant authorizing the arrest of **KAWAN HARDY** for being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1), and possessing a firearm in a School Zone in violation of 18 United States Code, Section 922(q)(2)(A), on or about January 23, 2026, in the Northern District of California.

3. This affidavit is submitted for the limited purpose of securing a criminal complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts necessary to establish probable cause that violations of the federal laws identified above have occurred.

4. I have based my statements in this affidavit on my training and experience; personal knowledge of the facts and circumstances recited herein, obtained through my participation in this investigation, information provided by law enforcement officers, including officers from the Oakland Police Department (OPD); information provided by reports prepared by other law enforcement officers; and information provided by databases, including **BLINCOE's** and **HARDY's** criminal histories. Where I refer to conversations and events, I often refer to them in substance and in relevant part rather than in their entirety or verbatim,

1

unless otherwise noted.  This affidavit also reflects my current understanding of facts relating to this investigation, but my understanding may change in the future as the investigation proceeds.

## AFFIANT BACKGROUND

5.    I have been a Special Agent with the Federal Bureau of Investigation (FBI) since December 2021.  I graduated from the FBI Academy in Quantico, Virginia on April 13, 2022. As part of my Special Agent training, I received approximately 18 weeks of instruction at the FBI Academy.  Since graduating from the Academy, I have received further training regarding federal and state laws and investigative techniques relating to criminal street gangs, criminal enterprises, human intelligence, wire, electronic, and physical surveillance, cold case investigations, narcotics trafficking investigations, human trafficking investigations, and firearms investigations.

6.    I am currently assigned to a squad that investigates violent crime in the Bay Area, and in particular Alameda County.  During my career as an FBI Special Agent, I have participated in various violent crime investigations including narcotics trafficking, firearms-related offenses, murder for hire, fugitive, robbery, child exploitation, and gang investigations. During these investigations, I have utilized, or participated in investigations that utilized, various types of investigative techniques, including the use of confidential human sources ("CHS"), consensual recording, controlled purchases of firearms and narcotics, financial analysis, garbage searches, Global Positioning System ("GPS") tracking, investigative interviews, physical surveillance, records research, telephone toll analysis, and the service of Grand Jury subpoenas. I have participated in the execution of numerous state and federal arrest warrants and search warrants related to illegal activities involving felon in possession investigations.  As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

2

## APPLICABLE STATUTES

7. Title 18, United States Code, Section 922(g)(1) prohibits any person who has been convicted in any court of any crime punishable by imprisonment for a term exceeding one year, to knowingly possess any firearm or ammunition that has been shipped or transported in interstate commerce.

8. Title 18, United States Code, Section 922(q)(2)(A) makes it is illegal to knowingly possess a firearm in a school zone—defined as school grounds or within 1,000 feet of them.

9. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that **BLINCOE** and **HARDY** committed the following federal offense: Felon in Possession of a Firearm and Ammunition, in violation of Title 18, United States Code, § 922(g)(1) and Possession of a Firearm in a School Zone, in violation of 18 United States Code, Section 922(q). *See* 18 U.S.C. § 921(a)(26).

## PROBABLE CAUSE

### Shooting at Bottles & Liquor Market in Oakland

10. On January 23, 2026, a shooting occurred in the parking lot of 1156 Market St, Oakland, California, which is the location of Bottles & Liquor Market. Based on surveillance footage of the incident, at approximately 11:14 p.m., two individuals walked up to Bottles & Liquor Market from the direction of 12th Street. One of the individuals, Subject 1 (subsequently identified as BLINCOE), was a black male, with a full beard, wearing a black hooded sweatshirt, black pants, and black and white shoes (Figure 1). The second individual, Subject 2 (subsequently identified as HARDY), was a black male, clean shaven, wearing a black hooded sweatshirt, a black glove on one of his hands, black pants, and white shoes (Figure 2). Subject 2 entered the liquor store while Subject 1 stood outside of the store at the entrance.

3



*Figure 1. Screen capture of surveillance video of Subject 1 outside the entrance of Bottles & Liquor Market just before the shooting.*



*Figure 2. Screen capture of surveillance video of Subject 2 entering into Bottles & Liquor Market just before the shooting.*

11. At approximately, 11:15 p.m., a dark sedan, traveling southbound on Market St, with its headlights off, passed the liquor store (Figure 3). Subject 1, who was standing outside of the store at the entrance, turned toward and looked at the sedan as it passed by and immediately placed his hand inside the front pocket of his hooded sweatshirt. Based on my training and experience, and from conversations with other law enforcement officers, I know that individuals who are unlawfully in possession of firearms commonly conceal those weapons in easily accessible locations, such as the front pocket of a hooded sweatshirt, and will often place or maintain their hands in that area in order to quickly draw and shoot the weapon. In the video,

4

Subject 1 exhibits heightened awareness of the dark sedan as it passed with its lights out, Subject 1 specifically looked around, looked in the direction of the dark sedan, and then turned and looked inside of the store and appeared to call out to Subject 2, before making a quick jerking movement with his head signaling Subject 2 to exit the store. Subject 1 then immediately placed his hand inside the front pocket of his hooded sweatshirt. Based on these actions, I believe Subject 1 was clutching a concealed firearm. Subject 2 can then be seen quickly exiting the store. Both Subject 1 and Subject 2 then walked southbound on Market Street in the direction of travel of the dark sedan. Subject 2 had his hand inside the front pocket of his hooded sweatshirt, similar to Subject 1. Based on Subject 2 exhibiting heightened awareness as he exited the store, and the fact that he is observed with his gloved hand inside his hooded sweatshirt, I believe Subject 2 was clutching a concealed firearm as well (Figure 4).



*Figure 3. Screen capture of surveillance video outside of the Bottles & Liquor Market of a dark sedan going southbound on Market St with no headlights on, just a couple of minutes prior to the shooting. Subject 1 was observed staring at the sedan as it passed.*



*Figure 4. Screen capture of surveillance video outside of the Bottles & Liquor Market of Subject 1 and Subject 2 looking in the direction of travel of the dark sedan after it passed the store. Both individuals had their hands in the front pocket of their hoodies.*

12.    While Subject 1 and Subject 2 were walking southbound on Market Street, two unknown females began fighting in the parking lot of the Bottles and Liquor store (Figure 5). Then Subject 1 and Subject 2 walked to the parking lot of the store, where two unknown females were engaged in a fight on the ground.



*Figure 5. Screen capture of surveillance video outside of the Bottles & Liquor Market of two unknown females fighting in the parking lot of the store prior to the shooting*

13.    Although the surveillance video does not contain audio, at approximately 11:16 p.m., less than two minutes after the dark sedan passed by the liquor store,  all the individuals in the parking lot of the store were seen suddenly reacting in a manner consistent with hearing gunfire, including abrupt, rapid movements and quickly changing direction.  Based on this

6

movement pattern, I believe unknown individual(s), out of view of the surveillance cameras, shot in the direction of Subject 1 and Subject 2, and the two unknown women who were fighting. Subject 1 and Subject 2 immediately ducked for cover while both individuals pulled out firearms. Both the firearm possessed by Subject 1 (BLINCOE) and the firearm possessed by Subject 2 (HARDY) are clearly visible in the surveillance videos. Specifically, as to Subject 2, the muzzle flash is clearly visible. Additionally, both Subject 1 and Subject 2 appear to be stretching out their arms as if to aim the weapons. Both Subject 1 and Subject 2 were observed firing shots eastbound down 12th St from their firearms. In the surveillance video, muzzle flashes were observed coming from both Subject 1 and Subject 2's firearms (*see* Figure 6 and Figure 7, below). Based on the direction and angle at which both subjects are firing, I believe that Subject 1 and Subject 2 were firing at unknown individual(s) that are out of view of the camera.



*Figure 6. Screen capture of surveillance video of Subject 1 in possession of a firearm, firing eastbound down 12th St.*

7



*Figure 7. Screen capture of surveillance video of Subject 2 in possession of a firearm, firing eastbound down 12th St.*

14.     Both Subject 1 and Subject 2 then quickly fled the liquor store parking lot, heading east on 12th Street, out of view of the cameras.  Shortly after Subject 1 and Subject 2 fled eastbound, a dark colored sedan drove westbound on 12th St (Figure 8).  As described below, I believe that this was a Honda300.

15.     Subject 1 and Subject 2 had initially approached the liquor store on foot walking westbound on 12th Street prior to the shooting.  12th Street is a westbound only street, meaning

8

that cars can only drive and park west. If the Subjects had a vehicle, it would have been parked to the east of the store, facing a westbound direction.

16.    Immediately after the shooting, Subject 1 and Subject 2 fled eastbound on 12th Street, and then the dark color sedan quickly drove westbound shortly after. It was the first vehicle to leave the scene immediately after the shooting. Based on my training and experience, I know that individuals involved in shootings commonly flee the scene immediately after the incident in order to avoid detection and apprehension, often utilizing a waiting or nearby vehicle to quickly escape the scene. Consequently, I believe Subject 1 and Subject 2 fled the scene in the dark colored sedan depicted in Figure 8.



*Figure 8. Screen capture of surveillance video of a dark sedan driving westbound on 12th St after the shooting.*

17.    OPD patrol officers responded to the scene of the shooting after receiving a report of two ShotSpotter activations from ShotSpotters close to liquor store, which indicated at least a total of 24 rounds had been fired. Upon their arrival, there were no victims on the scene. Furthermore, there were no reported gunshot wound walk-ins at any local area hospitals. Officers canvassed the scene and located twenty-six spent .40 caliber S&W casings in the parking lot of Bottles & Liquor Market (Figure 9). An Integrated Ballistics Identification System (IBIS) test was conducted of the casings recovered and it revealed that the shells all came from two .40 caliber firearms. IBIS testing is ballistic testing process that creates high-resolution

9

3D digital images of ammunition casings and bullets.  These images allow forensic technicians to compare them to others in a database to find matches from prior shootings, and also to determine what type of gun the casings were fired from.

18.     Based on this information, as well as the surveillance footage of the shooting, I believe the two firearms that ejected the empty .40 caliber casings were the firearms used by Subject 1 and Subject 2.



*Figure 9. Screen capture of body camera footage of OPD officers collecting spent casings in the parking lot of Bottles & Liquor Market after the shooting.*

19.     The surveillance footage of the shooting was reviewed by OPD investigators. Based on this footage, OPD investigators recognized Subject 1 and knew him to be Jamonn BLINCOE (Figure 10) as they had encountered him in previous investigations.  Additionally, OPD investigators forwarded a clip of surveillance footage of Subject 1 at the liquor store purchasing items at the front counter approximately two hours prior to the shooting to BLINCOE's United States Probation Officer, who confirmed that Subject 1 was BLINCOE (Figure 11).  Furthermore, a vehicle records check was conducted on BLINCOE and determined that at the time of the shooting, a grey 2025 Honda Accord, California license plate 9RVH300

10

(hereinafter, Honda300), was leased to him.  A Flock records check for the Honda300's license plate revealed that it was located in San Francisco approximately 10 minutes after the shooting, which is roughly the amount of time it would take for a vehicle traveling at a high rate of speed to travel from Bottles & Liquor Market to San Francisco.

20.    The next day, on January 24, 2026, Flock records show Honda300 was located in Oakland on the bed of a tow truck.  Officers contacted the towing company and determined that they picked up Honda300 on January 24th from the 200 block of Geneva Ave in San Francisco and transported it to a residence located at 2124 69th Ave, Oakland, California.  The towing company stated that the Honda300 had bullet holes in it.  I believe the Honda300 was the vehicle driving westbound on 12th St after the shooting, depicted in Figure 8.

21.    OPD investigators also recognized Subject 2 on the surveillance footage of the shooting and knew him to be Kawan HARDY (Figure 10).  As part of their investigation into this shooting, OPD investigators authored a state search warrant for HARDY and BLINCOE's Instagram accounts.  After reviewing both accounts, officers located phone numbers for both HARDY and BLINCOE.  A follow-up search warrant for both HARDY and BLINCOE's phone numbers were obtained.  A review of the cell detail location records associated to HARDY's phone number, 510-998-8458, revealed HARDY's number was located in the vicinity of the shooting one minute prior to the shooting.

11

Department of Motor Vehicles Image - CAL-PHOTO

**CALIFORNIA DEPARTMENT OF MOTOR VEHICLES**
**IMAGE RECORD FOR:**
**BLINCOE JAMONN LAMAR**

D5621215    EXPIRES: 09/20/2028    CLASS: F    SEX: M
HAIR: BLK    EYES: BRN    HEIGHT: 505    WEIGHT: 165
DATE OF BIRTH: 09/20/1994
ADDRESS: 1830 SPRINGS RD 120, VALLEJO, CA 94591

PHOTO DATE:    PHOTO OFFICE:    APPLICATION DATE:    APPLICATION OFFICE:
06/28/2024    504    06/28/2024    504
ISSUE DATE:    ISSUE OFFICE:    RESTRICTIONS:
02/13/2025    621
PHOTO SEQ #:    ENDORSEMENTS:
3590

SIGNATURE:

FINGERPRINT:



Department of Motor Vehicles Image - CAL-PHOTO

**CALIFORNIA DEPARTMENT OF MOTOR VEHICLES**
**IMAGE RECORD FOR:**
**HARDY KAWAN HAKIM RASHID**

F1301393    EXPIRES: 01/11/2030    CLASS: F    SEX: M
HAIR: BLK    EYES: BRN    HEIGHT: 603    WEIGHT: 280
DATE OF BIRTH: 01/11/1993
ADDRESS: 3175 SOUTH HAMPTON CT L4, RICHMOND, CA 94806

PHOTO DATE:    PHOTO OFFICE:    APPLICATION DATE:    APPLICATION OFFICE:
02/19/2025    556    06/11/2025    556
ISSUE DATE:    ISSUE OFFICE:    RESTRICTIONS:
06/11/2025    556
PHOTO SEQ #:    ENDORSEMENTS:
6755

SIGNATURE:

FINGERPRINT:



*Figure 10. (Top) Screenshot of Subject 1 and the California DMV photo of BLINCOE. (Right) Screenshot of Subject 2 and the California DMV photo of HARDY.*

12



*Figure 11. Screenshot of the surveillance video of BLINCOE that was sent to the United States Probation Office.*

22.     On February 4, 2026, BLINCOE was arrested by OPD officers pursuant to a state Ramey warrant, for the shooting incident described herein.  Officers conducted a search of the vehicle that BLINCOE was driving at the time and recovered a set of Honda keys inside the vehicle.  A follow up residential search warrant for BLINCOE residence was executed on the same day.  Three individuals were detained during the execution of the warrant: Briana Blincoe and Markesha Blincoe, both sisters of BLINCOE, and Lonzaya Williams, the mother of BLINCOE's child.  During the search of the residence, one empty Ruger Brand firearm box, serial number 642-25754, was discovered in the lower-level closet of the residence.  The firearm associated with this box was not recovered.  One brown bag containing live rounds of ammunition of various calibers, including .40 caliber, 9 mm, and .38 caliber rounds, along with an optic and a handgun magazine  loaded with live .40 caliber rounds were all discovered in the

13

lower-level closet of the residence.  One live round of 5.7 x 28 mm ammunition was located in the upper bedroom closet of the residence.  Indicia in the name of BLINCOE was discovered in the living room and in the upper bedroom of the residence, including BLINCOE's California ID card and a paystub.  Officers also executed a search warrant for BLINCOE's Honda300 located at 2124 69th Ave.  Officers discovered that the vehicle had six bullet strike marks to the front of the vehicle.  Based on the surveillance video of a dark sedan driving westbound on 12th immediately after the shooting, and the fact that 12th street is a westbound only street, I believe BLINCOE's Honda300 was parked facing westbound on 12th street just prior to the shooting and these bullet marks were from BLINCOE and/or HARDY's firearms which were firing eastbound during the shooting.



*Figure 12. Bullet strike marks which were located on the front side of BLINCOE's Honda300.*

14

23.    Williams and both Blincoe sisters were advised of their Miranda Rights when the residence was searched.  All three individuals stated that they had no knowledge of the empty firearm box or  the various calibers of live ammunition.

24.    On February 10, 2026, HARDY was  arrested in Antioch, CA, by OPD officers pursuant to a state Ramey warrant for the shooting incident described herein.  A follow up residential search warrant for HARDY's residence was executed on the same day.  During this search, HARDY's wife, Shanel White, was shown a screenshot of Subject 2 from the surveillance footage of the night of the shooting at the liquor store.  White identified Subject 2 as HARDY.  White was also shown a picture of Subject 1, but she said she did not know who he was.

25.    BLINCOE is currently in state custody.  HARDY was released on bail.

26.    Bottles & Liquor Market is located across the street from Martin Luther King Jr Elementary School, which is located at 960 10th St, Oakland, California and West Oakland Middle school, located at 991 14th St, Oakland, California.  Because  the parking lot of the liquor store is less than 1,000 feet away from the elementary school and the middle school, this shooting occurred within a school zone (Figure 13).

15



*Figure 13. Google map screenshot of 1156 Market St, Oakland, CA (Bottles & Liquor Market), which is the location of the shooting. This store is across the street from Martin Luther King Jr Elementary school and West Oakland Middle school.*

27.    Prior to January 23, 2026, BLINCOE was convicted of crimes punishable by a term of imprisonment exceeding one year. On May 9, 2017, BLINCOE was convicted of United States Code, Section 922(g)(1) – Felon in Possession of a Firearm, a felony, and received a sentence of 21 months in prison. *See* Case No. 15-CR-348 JSW. On May 25, 2016, BLINCOE was convicted of violating Penal Code Section 211 – Robbery, a felony, and received a sentence of 9 years in prison. On July 25, 2013, BLINCOE was convicted of violating United States Code, Section 922(g)(3) – Felon in Possession of a Firearm, a felony, and received a sentence of 30 months in prison. *See* Case No. 13-CR-249 JSW.

16

28.    Prior to January 23, 2026, HARDY was convicted of crimes punishable by a term of imprisonment exceeding one year.  On August 2, 2019, HARDY was convicted of violating Penal Code Section 246 – Shooting at an Inhabited Dwelling, Penal Code Section 29800(a)(1) – Felon in Possession of a Firearm, Penal Code Section 245(b) – Assault of a Person with a Semi-Automatic Firearm, and Penal Code Section 25850(a) – Carrying a Loaded Firearm, all felonies, and received a sentence of 26 years in prison.  On June 26, 2014, HARDY was convicted of United States Code, Section 922(g)(1) – Felon in Possession of a Firearm, a felony, and received a sentence of 24 months in prison.  *See* Case. No. 14-CR-44 YGR.  On November 30, 2023, HARDY admitted various supervised release violations in his federal case related to conduct of conviction in the 2019 state conviction for shooting at a residence and at rival gang members, and on December 1, 2023, he was sentenced to time served.  *Id.*

29.    Based on my training and experience, I am aware that the .40 caliber S&W ammunition recovered at the scene of the shooting has never been manufactured in the State of California—Smith & Wesson is headquartered in Tennessee, with some production facilities in Ohio.  Ruger brand firearms are manufactured in the United States in four main locations: Arizona; New Hampshire; North Carolina; and Missouri.  Ruger handguns are not manufactured in California.  Ruger brand company maintains its headquarters in Southport, Connecticut.

## CONCLUSION

30.    Based on the above information, I submit that there is probable cause to believe that, on or about January 23, 2026, in the Northern District of California, the Defendants, Jamonn BLINCOE and Kawan HARDY, committed the following federal offense: being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1), and possessing a firearm in a School Zone in violation of 18 United States Code, Section 922(q)(2)(A).

17

31.     I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/  
Christopher Smith  
FBI Special Agent

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 24th day of March 2026.

HONORABLE ROBERT M. ILLMAN  
United States Magistrate Judge

18